PROB 12B
(7/93)

Report Date: October 12, 2012

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 15 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
#### with Consent of the Offender
###### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  Joseph Lee Nichols, Jr.              Case Number: 2:01CR00028-001

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence:  8/28/2001          Type of Supervision:  Supervised Release

Original Offense: Distribution of Methamphetamine     Date Supervision Commenced:  3/9/2012
and Aiding and Abetting, 21 U.S.C. § 841(a)(1) & 18
U.S.C. § 2

Original Sentence:  Prison - 151 Months; TSR - 36     Date Supervision Expires:  3/8/2015
Months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

18      You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as
        directed by the supervising officer, but no more than six tests per month, in order to confirm continued
        abstinence from these substances.

### CAUSE

Mr. Nichols was sentenced on August 28, 2001, prior to the determination that urine testing should be at a rate of
six (6) times per month.  Therefore, the condition modification is to clarify that the defendant is subject to urine
testing, up to six (6) times per month to confirm continued abstinence.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/12/2012

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

Prob 12B
**Re:  Nichols, Joseph Lee**
**October 12, 2012**
**Page 2**

THE COURT ORDERS

[  ]   No Action
[  ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[  ]   Other

_____
Signature of Judicial Officer

10/15/12
_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 15 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

18    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Witness: _____

Stephen Krous
U.S. Probation Officer

Signed: _____

Joseph Lee Nichols, Jr.
Probationer or Supervised Releasee

October 11, 2012
March 13, 2012
Date